**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JESSE ROGERS, #72203**                                                             **PETITIONER**

**v.**                                                                        **No. 4:07CV61-P-S**

**MDOC, ET AL.**                                                                        **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** as procedurally defaulted.

**SO ORDERED,** this the 4th day of November, 2008.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE